## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 BANKRUPTCY |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| | : | |
| Debtor. | : | JUDGE JAMES P. SMITH |
| | : | |
| | : | |
| TERI G. GALARDI, | : | ADVERSARY PROCEEDING |
| | : | CASE NO. 23-05013-JPS |
| Plaintiff, | : | |
| | : | |
| v. | : | All documents regarding this matter must |
| | : | be identified by both Adversary and |
| ALEXIS KING, JOSEPH GUERNSEY | : | Bankruptcy Case numbers |
| dba RED SHIELD FUNDING, as | : | |
| Transferee of Claim No. 110-1, and | : | |
| ASTRID E. GABBE, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE OF
## SUMMONS IN A BANKRUPTCY CASE

I, Christopher W. Terry, certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Summons and a copy of the Complaint was made on June 1, 2023, via Regular, first-class U.S. Mail, postage fully pre-paid, addressed to:

ALEXIS KING
1361 Arlene Valley Lane
Lawrenceville, GA 30043

Also served on Alexis King via:
UPS Next Day Air Tracking No. 1ZFE92800192202501
Email to: alexisking717@icloud.com

JOSEPH GUERNSEY DBA RED SHIELD FUNDING
1616 S. Ocean Drive #101
Vero Beach, Florida 32963

Also served on Joseph Guernsey dba Red Shield Funding via:
UPS Next Day Air Tracking No. 1ZFE92800198111581
Via Email: redshieldfunding@gmail.com


ASTRID E. GABBE
P.O. Box 4216
Hollywood, Florida 33083

Also served on Astrid E. Gabbe via:
U.S. Certified Mail Receipt No. 7022 1670 0001 5166 9515
Email to: astridgabbe@gmail.com


**Under penalty of perjury, I declare that the foregoing is true and correct.**

This 1st day of June 2023.

                  */s/ Christopher W. Terry*
                  Christopher W. Terry

BOYER ∥ TERRY LLC
348 Cotton Avenue, Suite 200
Macon, Georgia 31201
(478) 742-6481
chris@boyerterry.com