**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| In re: <br><br> TERI G. GALARDI, <br><br> Debtor, | Case No. 22-50035-JPS <br><br> Chapter 11 |
| TERI G. GALARDI, <br><br> Plaintiff, <br><br> v. <br><br> ALEXIS KING, JOSEPH GUERNSEY, Dba RED SHIELD FUNDING, as Transferee of Claim No. 110-1, and ASTRID E. GABBE <br><br> Defendants, | Adv. No. 23-5013-JPS |

## ANSWER

Defendant, through undersigned counsel, files this Answer as follows:

### I.    Jurisdiction and Venue

1.    Paragraph 1 of the Complaint describes the nature of the purported claims asserted by the Debtor in the Complaint and does not require a response. To the extent a response is required, the allegations are denied.

2.    Admitted.

3.    Admitted.

4.    Admitted.

5.    Admitted.

6.    Admitted

II. Parties

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

### III. Background

11. Admitted as to the first sentence. Denied as to the second sentence. Admitted as to the third sentence

12. Denied.

13. Denied.

14. Admitted.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. As its first affirmative defense, Gabbe states that Plaintiff's claim is barred by the doctrine of res judicata for the reasons set forth in Gabbe's counterclaims. Gabbe's counterclaims.

23. As its third affirmative defense, Gabbe states that Plaintiff's claims are barred by the *Rooker-Feldman* doctrine for the reasons set forth in Gabbe's counterclaims.

24. As its fourth affirmative defense, Gabbe states that Plaintiffs' claims are barred by the doctrine of unclean hands for the reasons set forth in Gabbe's counterclaims.

25. As its fifth affirmative defense, Gabbe states that Plaintiff's claims are barred by the doctrine of estoppel for the reasons set forth in Gabbe's counterclaims.

26. As its sixth affirmative defense, Gabbe states that Plaintiff's claims are barred by fraud for the reasons set forth in Gabbe's counterclaims.

27. As a ninth affirmative defense, Gabbe states that the Plaintiffs' claims are barred because this Court lacks subject matter jurisdiction.

28. As a tenth affirmative defense, this Court has no authority to review and reject final judgments from a United States District Court in judicial proceedings.

29. As an eleventh affirmative defense, the claims are barred based on the doctrine of claim preclusion.

Dated:  July 10, 2023

Respectfully submitted,

*/s/ Jason M. Orenstein*
JASON M. ORENSTEIN
State Bar # 554302
Attorney for Defendant

1922 Forsyth Street
P.O. Box 4086
Macon, GA 31208-4086
(478) 743-6300
jmopclaw@yahoo.com