**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| In re: | |
| TERI G. GALARDI, | Case No. 22-50035-JPS |
| Debtor, | Chapter 11 |
| TERI G. GALARDI, | |
| Plaintiff, | Adv. No. 23-5013-JPS |
| v. | |
| ALEXIS KING, JOSEPH GUERNSEY, Dba RED SHIELD FUNDING, as Transferee of Claim No. 110-1, and ASTRID E. GABBE | |
| Defendants, | |

## AMENDED ANSWER

Defendant, through undersigned counsel, files this Answer as follows:

### I.     Jurisdiction and Venue

1.     Paragraph 1 of the Complaint describes the nature of the purported claims asserted by the Debtor in the Complaint and does not require a response. To the extent a response is required, the allegations are denied.

2.     Admitted.

3.     Admitted.

4.     Admitted.

5.     Admitted.

6.     Admitted

## II.   Parties

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

## III.   Background

11. Admitted as to the first sentence. Denied as to the second sentence.  Admitted as to the third sentence

12. Denied.

13. Denied.

14. Admitted.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

Dated:  July 11, 2023

Respectfully submitted,

*/s/ Jason M. Orenstein*
JASON M. ORENSTEIN
State Bar # 554302
Attorney for Defendant

1922 Forsyth Street
P.O. Box 4086
Macon, GA 31208-4086
(478) 743-6300
jmopclaw@yahoo.com