**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| **TERI G. GALARDI,** | : | CASE NO. 22-50035-JPS |
| | : | |
| Debtor. | : | JUDGE JAMES P. SMITH |
| | : | |
| **TERI G. GALARDI,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | **ADVERSARY PROCEEDING** |
| v. | : | **CASE NO. 23-5013-JPS** |
| | : | |
| **ALEXIS KING, JOSEPH GUERNSEY** dba **RED SHIELD FUNDING,** as Transferee of Claim No. 110-1, and **ASTRID E. GABBE,** | : | |
| | : | |
| Defendants. | : | |

**STIPULATION EXTENDING TIME**
**TO FILE ANSWER OR RESPONSIVE PLEADINGS**

Plaintiff Teri G. Galardi ("Plaintiff") and Defendant Astrid E. Gabbe ("Defendant"), by and through their respective counsel, previously agreed to an extension of time to file responsive pleadings and hereby formally stipulate to the extension of time for Defendant Astrid E. Gabbe to file her Answer to Plaintiff's Complaint or other responsive pleadings through and including July 10, 2023.

Stipulated to and agreed to this 14th day of July 2023.

| | |
|---|---|
| */s/ Jason M. Orenstein* | */s/ Christopher W. Terry* |
| Jason M. Orenstein | Christopher W. Terry |
| Georgia Bar No. 554302 | Georgia Bar No. 702484 |
| Attorney for Strid E. Gabbe | Attorney for Teri G. Galardi |

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TERI G. GALARDI, | : | CASE NO. 22-50035-JPS |
| | : | |
| Debtor. | : | JUDGE JAMES P. SMITH |
| | : | |
| TERI G. GALARDI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | ADVERSARY PROCEEDING |
| v. | : | CASE NO. 23-5013-JPS |
| | : | |
| ALEXIS KING, JOSEPH GUERNSEY dba RED SHIELD FUNDING, as Transferee of Claim No. 110-1, and ASTRID E. GABBE, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that this day I served a copy of the foregoing *Stipulation Extending Time to File Answer or Responsive Pleadings* upon the following named parties using the Court's CM/ECF system:

Jason M. Orenstein
jmopclaw@yahoo.com
Attorney for Astrid E. Gabbe

This 14th day of July 2023.

/s/ *Christopher W. Terry*
Christopher W. Terry

BOYER TERRY LLC
348 Cotton Avenue, Suite 200
Macon, Georgia 31201
(478) 742-6481
chris@boyerterry.com                    Attorney for Teri G. Galardi.
.