**SO ORDERED.**

**SIGNED this 2 day of August, 2023.**



_____
**James P. Smith**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 11** |
| | : | |
| **TERI G. GALARDI,** | : | **CASE NO. 22.50035-JPS** |
| | : | |
| Debtor. | : | **JUDGE JAMES P. SMITH** |
| | : | |
| **TERI G. GALARDI,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | **ADVERSARY PROCEEDING** |
| v. | : | **CASE NO. 23-05013** |
| | : | |
| **ALEXIS KING, JOSEPH GUERNSEY** | : | |
| **dba RED SHIELD FUNDING, as** | : | |
| **Transferee of Claim No. 110-1, and** | : | |
| **ASTRID E. GABBE,** | : | |
| | : | |
| Defendant. | : | |

**CONSENT JUDGMENT AVOIDING LIEN AND RECLASSIFYING**
**CLAIMS NO. 110 AND 57 AS CLASS 8 UNSECURED CLAIMS**

Debtor Teri G. Galardi (the "Debtor") having initiated this Adversary Proceeding through the filing of a Complaint Seeking Avoidance of Judgment Lien (the "Complaint") which seeks to avoid the judgment lien certificate recorded with the Florida Department of State in favor of Alexis King, and the resulting judgment lien, underlying Claim No. 110-1, held by Defendant Red Shield Funding, as Transferee from Alexis King ("Red Shield Funding"), as a preferential transfer pursuant to 11 U.S.C. § 547; the Debtor and Defendants having consented to the relief requested therein;

IT IS HERBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The judgment lien certificate and resulting lien recorded in favor of Alexis King with the Florida Department of State, underlying Claim No. 110 held by Red Shield Funding, is hereby avoided in its entirety as a preference in accordance with 11 U.S.C. § 547;

2. Claim No. 110-1 held by Red Shield Funding against the Debtor is hereby reclassified as an unsecured claim and shall be treated as a Class 8 claim under the Chapter 11 Plan, subject to administration by the Liquidating Trustee in accordance with the confirmed Chapter 11 Plan;

3. Based on avoidance of the judgment lien underlying Claim No. 110 as a preference, confirmation of the Chapter 11 Plan, and application of the doctrine of *res judicata*, the post-confirmation amendment of Claim No. 57 held by Astrid Gabbe (Proof of Claim No. 57-2) to assert a secured claim against the Debtor is disallowed, and the original Proof of Claim No. 57-1 held by Astrid Gabbe is hereby classified as an unsecured claim and shall be treated as a Class 8 claim under the Chapter 11 Plan, subject to administration by the Liquidating Trustee in accordance with the Chapter 11 Plan;

4. Alexis King and/or Red Shield Funding shall cause the Judgment Lien Certificate No. J21000543052 recorded with the Florida Department of State to be cancelled of record instanter.

**END OF DOCUMENT**

**Prepared and consented to by:**

*/s/ Christopher W. Terry*
Christopher W. Terry
Georgia Bar No. 702484
BOYER ‖ TERRY LLC
348 Cotton Avenue
Suite 200
Macon, Georgia 31201
(478) 742-6481
chris@boyerterry.com
Counsel for Debtor

*Consented to by:*

*/s/ Jason M. Orenstein (with express consent by CWT)*
Jason M. Orenstein
Counsel for Defendant Astrid E. Gabbe

*Consented to by:*

*/s/Joseph R. Guernsey (with express consent by CWT)*
Joseph R. Guernsey
Defendant Red Shield Funding

*Consented to by:*

*/s/ Alexis King (with express consent by CWT)*
Defendant Alexis King

*Consented to by:*

*/s/ Thomas T. McClendon (with express consent by CWT)*
Thomas T. McClendon
Liquidating Trustee